# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FLORIDA DIGITAL NETWORK, INC.,
etc.,

      Plaintiff,

v.                                      CASE NO. 4:06cv407-RH/WCS

THE FLORIDA PUBLIC SERVICE
COMMISSION, et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

Plaintiff's consented motion for dismissal with prejudice (document 37) is GRANTED. The clerk shall enter judgment stating, "Pursuant to Federal Rule of Civil Procedure 41(a), this action is dismissed with prejudice." The clerk shall close the file.

SO ORDERED this 24th day of October, 2006.

                                                s/Robert L. Hinkle
                                                Chief United States District Judge